FILED ___ LODGED
___ RECEIVED

AUG 13 2008

FILED
___ LODGED
ENTERED
___ RECEIVED

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

15 2008   LF

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Received From
SEATTLE

JUL 17 2008

08-CV-05445-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In the Matter of the Complaint of Dennis Thomas dba Alaska Yacht Adventures, and Erik & Tamara Johnson as owners of the M/V GRAND SLAM for Exoneration from or Limitation of Liability

No. C 08-5445 RBL

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS

Complainants Dennis Thomas dba Alaska Yacht Adventures and Erik and Tamara Johnson having filed their complaint for exoneration from or limitation of liability as owner of the M/V GRAND SLAM pursuant to 46 U.S.C.A. § 30501, et seq. and rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure,

AND the complaint having stated that the M/V GRAND SLAM is presently located in Pierce County, Washington, within this District;

AND the complaint having stated that the value of the vessel and any pending freight after the fire of February 16, 2008 described in the complaint is $0.00 or less;

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS – PAGE 1
CAUSE NO.
369092 / 1002.0088

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1    AND complainants having deposited with the Court as security for the benefit of

2 claimants a stipulation for value and security with guarantees not less than or equal to the

3 amount of complainants' interest in the M/V GRAND SLAM and in the sum of $0.00

4 executed by St. Paul Fire and Marine Insurance Company as guarantor, now

5    IT IS HEREBY ORDERED as follows:

6    1.  That complainants' Stipulation for Value and St. Paul Fire and Marine

7 Insurance Company's guarantee, deposited by plaintiff with the Court for the benefit of

8 claimants in the sum of $0.00 as security for the amount or value of complainants' interest in

9 the vessel, is approved.

10    2.  Further prosecution of any and all actions, suits, or proceedings already

11 commenced of any nature and description whatsoever in any jurisdiction against

12 complainants, or against the vessel described above, except in this action, to recover damage

13 for or in respect of any loss, damage, or injury caused by or relating to the incident described

14 above and in the complaint, including all claims already received by complainants, be and are

15 hereby restrained, stayed, and enjoined until the hearing and determination of this action.

16    3.  An order shall be issued by the Clerk of this Court to all persons asserting

17 claims arising out of, relating to, or otherwise in respect to the voyage and incident described

18 above from which complainants seek exoneration from or limitation of liability and

19 admonishing such claimants to file their respective claims with the Clerk of the Court in

20 writing and to serve on complainants' attorneys a copy of the same on or before the _____

21 day of _____, 2008 or be defaulted; and that if any claimant desires to contest

22 complainants' right to exoneration from or limitation of liability such claimant shall file and

23

---

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR
VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND
DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS – PAGE 2
CAUSE NO.
369092 / 1002.0088

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1 serve on complainants' attorneys an answer to this complaint on or before the date set by this

2 Court or be defaulted.

3     4. The notice described above shall be published in the Tacoma News Tribune, as

4 provided by rule F of the Supplemental Rules for Certain Admiralty and Maritime claims and

5 LAR 150. Copies of such notice shall also be mailed in accordance with rule F.

6     DATED this _11th_ day of _August_, 2008.

7

8

9             DISTRICT COURT JUDGE

10 Presented by:

11 FORSBERG & UMLAUF, P.S.

12

13 By: _____
   John P. Hayes, WSBA #21009
14 Paul S. Smith, WSBA #28099
   Attorneys for complainants Dennis Thomas
15 dba Alaska Yacht Adventures, and Erik and
   Tamara Johnson
16 901 Fifth Avenue, Suite 1700
   Seattle, WA 98164
17 (206) 689-8500
   jhayes@forsberg-umlauf.com
18 psmith@forsberg-umlauf.com

19

20

21

22

23

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX