1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
8

| | |
|---|---|
| In the Matter of the Complaint of Dennis Thomas dba Alaska Yacht Adventures, and Erik & Tamara Johnson as owners of the M/V GRAND SLAM for Exoneration from or Limitation of Liability | No.  C08-5445RBL<br><br>**AMENDED** ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS |

9
10
11
12
13
14
15
16
17
18

Complainants Dennis Thomas dba Alaska Yacht Adventures and Erik and Tamara Johnson having filed their complaint for exoneration from or limitation of liability as owner of the M/V GRAND SLAM pursuant to 46 U.S.C.A. § 30501, et seq. and rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure,

19
20

AND the complaint having stated that the M/V GRAND SLAM is presently located in Pierce County, Washington, within this District;

21
22
23

AND the complaint having stated that the value of the vessel and any pending freight after the fire of February 16, 2008 described in the complaint is $0.00 or less;

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1  AND complainants having deposited with the Court as security for the benefit of

2  claimants a stipulation for value and security with guarantees not less than or equal to the

3  amount of complainants' interest in the M/V GRAND SLAM and in the sum of $0.00

4  executed by St. Paul Fire and Marine Insurance Company as guarantor, now

5  IT IS HEREBY ORDERED as follows:

6  1.  That complainants' Stipulation for Value and St. Paul Fire and Marine

7  Insurance Company's guarantee, deposited by plaintiff with the Court for the benefit of

8  claimants in the sum of $0.00 as security for the amount or value of complainants' interest in

9  the vessel, is approved.

10  2.  Further prosecution of any and all actions, suits, or proceedings already

11  commenced of any nature and description whatsoever in any jurisdiction against

12  complainants, or against the vessel described above, except in this action, to recover damage

13  for or in respect of any loss, damage, or injury caused by or relating to the incident described

14  above and in the complaint, including all claims already received by complainants, be and are

15  hereby restrained, stayed, and enjoined until the hearing and determination of this action.

16  3.  An order shall be issued by the Clerk of this Court to all persons asserting

17  claims arising out of, relating to, or otherwise in respect to the voyage and incident described

18  above from which complainants seek exoneration from or limitation of liability and

19  admonishing such claimants to file their respective claims with the Clerk of the Court in

20  writing and to serve on complainants' attorneys a copy of the same on or before the **3**$^{rd}$ day of

21  **October**, 2008 or be defaulted; and that if any claimant desires to contest complainants' right

22  to exoneration from or limitation of liability such claimant shall file and serve on

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

1  complainants' attorneys an answer to this complaint on or before the date set by this Court or

2  be defaulted.

3      4.      The notice described above shall be published in the Tacoma News Tribune, as

4  provided by rule F of the Supplemental Rules for Certain Admiralty and Maritime claims and

5  LAR 150.  Copies of such notice shall also be mailed in accordance with rule F.

6      DATED this 21st day of August, 2008.

9  _____
   RONALD B. LEIGHTON
10 UNITED STATES DISTRICT JUDGE

11 Presented by:

12 FORSBERG & UMLAUF, P.S.

13

14 By: _____
        John P. Hayes, WSBA #21009
        Paul S. Smith, WSBA #28099
15      Attorneys for complainants Dennis Thomas
        dba Alaska Yacht Adventures, and Erik and
16      Tamara Johnson
        901 Fifth Avenue, Suite 1700
17      Seattle, WA  98164
        (206) 689-8500
18      jhayes@forsberg-umlauf.com
        psmith@forsberg-umlauf.com

19

20

21

22

23

ORDER APPROVING STIPULATION FOR VALUE AND SECURITY FOR
VESSEL, ISSUING INJUNCTION DIRECTING CONSOLIDATION AND
DIRECTING ISSUANCE OF NOTICE TO CLAIMANTS – PAGE 3
CAUSE NO.
369092 / 1002.0088

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX