HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Dennis Thomas dba Alaska Yacht Adventures, and Erik & Tamara Johnson as owners of the M/V GRAND SLAM for Exoneration from or Limitation of Liability | No. C08-5445 RBL<br><br>**ORDER BARRING ALL CLAIMS NOT FILED BY OCTOBER 3, 2008** |

This matter having come before this Court on complainants' motion for an order barring all claims arising from the fire on board the M/V GRAND SLAM that occurred February 16, 2008 and any personal injuries or other damages arising therefrom not filed by October 3, 2008, and the Court having considered the documents and pleadings filed with this Court and the following:

1. Plaintiff's Motion for Order Barring All Claims Not Filed by October 3, 2008;

2. Declaration of Paul S. Smith in Support of Motion for Order Barring All Claims Not Filed by October 3, 2008;

3. Complainants' Reply in Support of Motion for Order Barring Unfiled Claims.

ORDER BARRING ALL CLAIMS NOT FILED BY OCTOBER 3, 2008 –
PAGE 1
CAUSE NO. C08-5445 RBL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

3. Second Declaration of Paul Smith in Support of Motion to Bar Unfiled Claims;

and the Court being fully advised on the premises, it is now HEREBY ORDERED that plaintiff's motion is GRANTED.

It is FURTHER ORDERED that all claims by any person arising out of or in any way relating to the fire of February 16, 2008 at Ole & Charlie's Marina that is the subject matter of this action not stated in the Claim and Answer filed with this Court on behalf of Olson and Curran's Barnacle Stopping Seagull Proofing Saltwater Free DBA Ole & Charlie's Marina [DKT # 7] are forever barred.

DATED this 14th day of November, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

FORSBERG & UMLAUF, P.S.
Attorneys for Complainants Erik and Tamara Johnson


By: /s/_____
John P. Hayes, WSBA #21009
Paul S. Smith, WSBA # 28099
901 5th Avenue, Suite 1700
Seattle, WA 98164-1039
Telephone: 206-689-8500
E-mail: jhayes@forsberg-umlauf.com
E-mail: psmith@forsberg-umlauf.com

ORDER BARRING ALL CLAIMS NOT FILED BY OCTOBER 3, 2008 – PAGE 2
CAUSE NO. C08-5445 RBL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

BAUER MOYNIHAN & JOHNSON
Attorneys for Complainants Dennis Thomas
and Mary Kay Thomas dba Alaska Yacht Adventures


By: ___Jay E. Bitseff /s/_____
James P. Moynihan, WSBA #9358
Jay E. Bitseff, WSBA #29566
Telephone: 206-443-3400
E-mail: jpmoynihan@bmjlaw.com
E-mail: jebitseff@bmjlaw.com


Approved as to form, notice of presentation waived:

CURRAN LAW FIRM, P.S.
Attorneys for Claimant Olson and Curran's Barnacle Stopping Seagull Proofing Saltwater Free DBA Ole & Charlie's Marina


By: ___Greg Haffner /s/_____
Greg W. Haffner, WSBA #19414
555 West Smith Street
Kent, WA 98035-0140
Telephone: 253-852-2345
E-mail: ghaffner@curranfirm.com

ORDER BARRING ALL CLAIMS NOT FILED BY OCTOBER 3, 2008 – PAGE 3
CAUSE NO. C08-5445 RBL

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX